No. 441. H. P. CONVERSE ET AL. *v.* PORTSMOUTH COTTON OIL REFINING CORPORATION. October 9, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Edward R. Baird, Jr., Mr. George M. Lanning, Mr. Clarence W. De Knight* and *Mr. Rufus S. Day* for petitioners. *Mr. Thomas H. Willcox* and *Mr. J. Westmore Willcox* for respondent.

———

No. 445. CHAMPION FIBRE COMPANY *v.* PIGEON RIVER RAILWAY COMPANY ET AL. October 9, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Julius C. Martin, Mr. Thomas S. Rollins* and *Mr. George H. Wright* for petitioner. *Mr. William P. Bynum* for respondents.

———

No. 446. J. L. ALBRIGHT *v.* JAMES C. DAVIS, DIRECTOR GENERAL AND AGENT, ETC. October 9, 1922. Petition for a writ of certiorari to the Court of Civil Appeals for the Sixth Supreme Judicial District of the State of Texas denied. *Mr. S. P. Jones* for petitioner. *Mr. Ras Young* for respondent.

———

No. 337. MRS. EUGENIA BROOKS, ADMINISTRATRIX, ETC. *v.* SEABOARD AIR LINE COMPANY. October 9, 1922. Petition for a writ of certiorari to the Court of Appeals of the State of Georgia denied because of failure to submit the petition within the time prescribed by the rule. *Mr. George Westmoreland* for petitioner. *Mr. Hollis N. Randolph* and *Mr. Robert S. Parker* for respondent.

———

No. 433. NEW YORK CENTRAL RAILROAD COMPANY *v.* MIDDLEPORT GAS & ELECTRIC LIGHT COMPANY. October 9, 1922. Petition for a writ of certiorari to the Supreme